## BENJAMIN WOODWORTH
### v.
## GAZET TREMBLAY

1810

### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* *p. 309
2. Plea; issue . . . . . . . . . . . . " 318
3. Jurors . . . . . . . . . . . . . " 320
4. Leave to amend; jury discharged . . . . . . " 320
5. Plea; issue; jurors; judgment . . . . . . . . " 320

## PAPERS IN S. C. FILE

1. Writ of habeas corpus and return    .    .    .    .    .    .    .    .    .
2. Writ of certiorari; allowance .    .    .    .    .    .    .    . *Printed in Vol. 2*
3. Certiorari bond .    .    .    .    .    .    .    .    .    .    .    "
4. Declaration .    .    .    .    .    .    .    .    .    .    "
5. Subpoena for Jeanbatiste Racine and Joseph Robert-
    jean    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .
6. Subpoena for Francis Pitre, Jacques Allard, Jr., and
    Charles Kelly    .    .    .    .    .    .    .    .    .    .    .    .
7. Subpoena for George Welch, Joseph Clark and George
    Johnson    .    .    .    .    .    .    .    .    .    .    .    .    .    .
8. Subpoena for the wife of Jeanbatiste Racine .    .    .    .    .    .    .    .

## PAPERS IN D. C. FILE

1. Precipe for capias    .    .    .    .    .    .    .    .    .    .    .    .    .    .